ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAX OUT INC., a Nevada corporation; RODERICK DELTON EDISON, SR., an individual,<br><br>Defendant. | CASE NO.: 2:19-cv-04021 FMO (KSx)<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT MAX OUT INC. AND RODERICK DELTON EDISON, SR.**<br><br>[Fed.R.Civ.P. 55(a)] |
|---|---|

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Please enter the default of defendants Max Out Inc. and Roderick Delton Edison, Sr. pursuant to Federal Rule of Civil Procedure 55(a) for their failure to plead

///

364617.1                                                                    1

1 | or otherwise defend as stated in the attached declaration.

3 | Dated: July 9, 2019

REICH, ADELL & CVITAN
A Professional Law Corporation


By: /s/ Peter A. Hutchinson
  PETER A. HUTCHINSON
  Attorneys for Plaintiff

364617.1

2

# DECLARATION OF PETER A. HUTCHINSON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Peter A. Hutchinson, declare as follows:

1. [Identity] I am a member of Reich, Adell & Cvitan, A Professional Law Corporation, attorneys of record for the above-captioned plaintiff ("ADMINCO"). I am an attorney duly licensed to practice law in the State of California and admitted to practice before the United States District Court for the Central District of California.

2. [Knowledge] The facts stated herein are within my personal knowledge. If called upon to testify I can truthfully and competently do so with respect to them.

3. [Purpose] This declaration is submitted in support of ADMINCO's request for entry of default against defendants Max Out Inc. ("MAX OUT") and Roderick Delton Edison, Sr. ("PRINCIPAL") by the Clerk of the Court pursuant to Federal Rule of Civil Procedure 55(a).

4. [Service of Summons and Complaint on MAX OUT] Proof of service on MAX OUT was filed with the Court on June 12, 2019. [Court Document No. 9.] It documents that MAX OUT was personally served with the summons and complaint on June 7, 2019. A copy of the proof of service is attached hereto as "Exhibit 1."

5. [Service of Summons and Complaint on the PRINCIPAL] Proof of service on the PRINCIPAL was filed with the Court on June 12, 2019. [Court

364617.1

1  Document No. 10.] It documents that the PRINCIPAL was personally served with
2  the summons and complaint on June 7, 2019. A copy of the proof of service is
3  attached hereto as "Exhibit 2."
4
5  6. [No Response] As of the date of this declaration, neither MAX OUT
6  nor the PRINCIPAL have filed a response to ADMINCO's complaint or requested
7  an extension of time to respond.
8
9  Executed this 9th day of July 2019, at Los Angeles, California.
10
11  I declare under penalty of perjury under the laws of the United States of
12  America that the foregoing is true and correct.
13
14          /s/ Peter A. Hutchinson
           PETER A. HUTCHINSON
15

364617.1