ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAX OUT INC. etc., et al.,<br><br>Defendant. | CASE NO.: 2:19-cv-04021 FMO (KSx)<br><br>**SUPPLEMENTAL DECLARATION OF PETER A. HUTCHINSON IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANTS MAX OUT INC. AND RODERICK DELTON EDISON, SR.**<br><br>[Fed.R.Civ.P. 55(b)(2)]<br><br>DATE: August 29, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Fernando M. Olguin<br>CRTM: 6D, 6th Floor<br>PLACE: 350 W. 1st Street<br>Los Angeles, CA 90012 |

**SUPPLEMENTAL DECLARATION OF PETER A. HUTCHINSON**

I, PETER A. HUTCHINSON, do hereby declare as follows:

1. [Identity; Purpose]  I am an attorney duly licensed to practice law in the State of California and duly admitted to practice in the United States District Court for the Central District of California.  I am a member of Reich, Adell & Cvitan, attorneys

1

365967v1

of record for the plaintiff in the above-captioned action ("ADMINCO").  I make this supplemental declaration in support of ADMINCO's above-captioned motion.

2. [Knowledge]  The facts stated herein are within my personal knowledge. I could competently testify to them if called upon to do so.

3. [Incompetent Person/Military Service]  In my initial declaration filed in support of ADMINCO's motion for default judgment, I indicated that I had submitted a request to the Servicemembers Civil Relief Act Centralized Verification Service for a search to confirm that defendant Roderick Delton Edison, Sr. ("PRINCIPAL") is not in the military, but had not yet received a response.  [*See* Court Document 33 (declaration) at ¶ 4.]   I further explained that I would, upon receipt of a response, file a supplemental declaration with the Court regarding the results of the search.  [Id.]  I have now received a response, which indicates that the search did not find any evidence that the PRINCIPAL is in any branch of the United States military.  Thus there is no evidence that the Servicemembers Civil Relief Act (50 App. U.S.C. § 521) applies to him.  The results of the search, including an affidavit, are attached hereto as "Attachment A."  (In the process of requesting the search online, I was informed that military searches do not include suffixes such as "Sr." Thus the search was made of "Roderick Delton Edison" and his Social Security number in ADMINCO's records.)

Executed this 26th day of July, 2019 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/
PETER A. HUTCHINSON

2

365967v1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000 Los Angeles, California 90010-2421.

I served the foregoing document on **July 26, 2019,** described as **SUPPLEMENTAL DECLARATION OF PETER A. HUTCHINSON IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT AGAINST DEFENDANTS MAX OUT INC. AND RODERICK DELTON EDISON, SR.,** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Max Out Inc.
Roderick Delton Edison, Sr.
4257 Elton Street
Baldwin Park, CA 91706

Max Out Inc.
Roderick Delton Edison, Sr.
XXXX-XXX-XXXX
Gardena, CA XXXXX

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 26, 2019,** at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Mary Helen Lopez

365967v1