JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/9/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MAX OUT INC. & RODERICK DELTON EDISON, SR.,<br><br>    Defendants. | Case No. CV 19-4021 FMO (KSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff on its claims for (1) failure to contribute amounts owed, in violation of 29 U.S.C. § 1132(g)(2)(A); and (2) breach of contract.

2. Defendant Max Out Inc. shall pay plaintiff the total amount of $32,155.97, which is comprised of the following: (a) unpaid monthly contributions in the amount of $10,212.37; (b) interest in the amount of $2,122.25; (c) liquidated damages in the amount of $16,089.20; (d) audit fees in the amount of $880 (e) attorney's fees in the amount of $2,386.19; and (f) costs in the amount of $465.96.

3. Defendants Max Out Inc. and Roderick Delton Edison, Sr., shall be jointly and severally

liable for the amount of $23,548.44, as compensation for the breach of the settlement agreement. This amount is encompassed by, and not in addition to, the $32,128.01 awarded against Max Out.

4. Max Out Inc. shall produce to plaintiff all books and records necessary to conduct an audit under the terms of the applicable collective bargaining agreements from January 1, 2019, through the date of the audit.

5. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 9th day of October, 2019.

/s/<br>
Fernando M. Olguin<br>
United States District Judge